1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7

FOR THE DISTRICT OF ARIZONA

8
9

Mark David Butcher,                          )
                                             )   No. CV 11-619-TUC-FRZ (JR)
                Plaintiff,                   )
                                             )   **ORDER**
vs.                                          )
                                             )
                                             )
Social Security Administration,             )
                                             )
                Defendant                    )
                                             )
                                             )

10
11
12
13
14

15
16
17

United States Magistrate Judge Rateau issued a Report and Recommendation on April 19, 2013. In that Report and Recommendation, Magistrate Judge Rateau recommended dismissing this case for failure to prosecute.

18
19
20
21

The Report and Recommendation indicated that any party could file written objections within 10 days after being served with a copy of the Report and Recommendation. The parties have not filed any objections to the Report and Recommendation and the time to do so has expired. As such, the Court will not consider any objections or new evidence.

22
23
24
25

The Court has reviewed the record and concludes that Magistrate Judge Rateau's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

26

Accordingly, IT IS HEREBY ORDERED as follows:

27
28

1  (1) United States Magistrate Judge Rateau's Report and Recommendation (Doc. 8) is

2  **ACCEPTED AND ADOPTED**.

3  (2)  This case is **DISMISSED.**

4  (3) The **Clerk of the Court shall enter judgment and close the file in this matter**.

5

6          DATED this 28th day of May, 2013.

7

8

9                                              Frank R. Zapata
                                         **Senior United States District Judge**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                         - 2 -